UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACK BECNEL | CIVIL ACTION |
| VERSUS | NO. 22-896 |
| COX OPERATING, LLC, ET AL. | SECTION "R" (5) |

### ORDER

Before the Court is the parties' joint motion to dismiss plaintiff's claims.[1] Notably, the Court already dismissed plaintiff's claims and closed this case after plaintiff filed a notice of settlement in this matter in March of 2023.[2] Thereafter, plaintiff filed a notice informing the Court that the defendants had not yet fulfilled their obligations under the settlement agreement and requesting that the case remain open,[3] which the Court construed as a motion to enforce the parties' settlement agreement.[4]

In the parties' current motion to dismiss, they represent that a settlement has been reached, and counsel for plaintiff has informed the Court that plaintiff seeks to withdraw the motion to enforce the settlement

---

[1] R. Doc. 43.
[2] R. Docs. 38 & 39.
[3] R. Doc. 40.
[4] R. Doc. 42.

agreement. The Court thus DISMISSES AS MOOT plaintiff's pending motion to enforce the settlement agreement.[5] The briefing order set for plaintiff's motion to enforce the settlement is hereby VACATED.

New Orleans, Louisiana, this __9th__ day of June, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5] R. Doc. 40.